**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| SHANE J. CLAPPER | : | No. 121 WAL 2022 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| COMMONWEALTH OF PENNSYLVANIA | : | |
| (WORKERS' COMPENSATION APPEAL | : | |
| BOARD) | : | |
| | : | |
| | : | |
| PETITION OF: SHANE J. CLAPPER | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of August, 2022, the Petition for Allowance of Appeal is **DENIED**.